[No. 2551–3.   Division Three.   September 19, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN JAMES SIZEMORE, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 5140, Fred Van Sickle, J., entered September 1, 1977. *Affirmed* by unpublished per curiam opinion.

[No. 2149–3.   Division Three.   September 21, 1978.]

LOUISE V. MAHRE, *Individually and as Executrix, Appellant,* v. BURL R. THOMAS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 57402, Carl L. Loy, J., entered October 12, 1976. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.

[No. 5500–1.   Division One.   September 25, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. GERALD DUAINE ENQUIST, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 77117, William C. Goodloe, J., entered March 9, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Williams and Ringold, JJ.